No. 92–5928. JOHNSON v. HALE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5941. ORTIZ v. ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 92–5943. ROBY v. SKUPIEN. C. A. 7th Cir. Certiorari denied.

No. 92–5947. RICO MERCHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5948. BAGLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–5951. DIX v. PENNSYLVANIA ET AL. Super. Ct. Pa. Certiorari denied.

No. 92–5962. JOHNSON v. SPELLING-GOLDBERG PRODUCTIONS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–5985. LEE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5989. CUOZZO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5999. BLAIR v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–6006. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6009. HAYS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–6019. FARLEY v. LOVE, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6029. POORMAN v. O'DEA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–6039. NELSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6041. RANKEL v. TRACY ET AL. C. A. 2d Cir. Certiorari denied.